IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Corbin, Demetria R | Case Number: 07 B 07924 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 5/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 8, 2008
Confirmed: July 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,050.00 | |
| Secured: | | 5,250.30 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 467.50 |
| Trustee Fee: | | 332.20 |
| Other Funds: | | 0.00 |
| Totals: | 6,050.00 | 6,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,231.20 | 467.50 |
| 2. | Everhome Mortgage Company | Secured | 17,699.33 | 4,615.03 |
| 3. | Regional Acceptance | Secured | 10,874.24 | 635.27 |
| 4. | Everhome Mortgage Company | Secured | 23,282.06 | 0.00 |
| 5. | American General Finance | Unsecured | 423.53 | 0.00 |
| 6. | Regional Acceptance | Unsecured | 551.77 | 0.00 |
| 7. | Dish Network | Unsecured | 34.86 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 128.95 | 0.00 |
| 9. | Target National Bank | Unsecured | 20.85 | 0.00 |
| 10. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 11. | AT&T | Unsecured | | No Claim Filed |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Providian Financial | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 54,246.79 | $ 5,717.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 299.70 |
| 6.5% | 32.50 |
| | $ 332.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Corbin, Demetria R | Case Number:  07 B 07924 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  5/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by:

